CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAY 21 2009
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| THOMAS FRANKLIN BOWLING,<br>Petitioner, | ) )  ) | Civil Action No. 7:09-cv-00085 |
| v. | ) ) | **ORDER** |
| GENE M. JOHNSON, et al.,<br>Respondents. | ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the petition is **DISMISSED**; the petitioner's motion for a hearing is **DENIED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 21st day of May, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge